UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEE TIONG (S) PTE LTD., <br> 64D Kallang Pudding Road <br> Wee Tiong Building #09-00 <br> Singapore 349323 <br><br> And <br><br> WEE TIONG VS SDN BHD. <br> 20 Jalan Dataran Marvelane <br> Klang, Selangor Darhul Ehsan 41050 <br> Malaysia <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br> 935 Pennsylvania Ave., N.W. <br> Washington, DC 20535 <br><br> And <br><br> ANDREW GEORGE MCCABE <br> Acting Director, Federal Bureau of <br> Investigations, in his official capacity <br><br> And <br><br> UNKNOWN FBI AGENT JOHN DOE <br> An unidentified Agent believed to be located <br> in Arizona. <br> Defendants. | Civil Action No. _____ |

## PLAINTIFF'S LOCAL CIVIL RULE 7.1 CERTIFICATE

I, undersigned counsel of record for Plaintiffs Wee Tiong Holdings Pte Ltd. and Wee Tiong VS Sdn Bhd., certify that to the best of my knowledge and belief, Plaintiffs do not have

any parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: July 31, 2017

Respectfully submitted,

/S/ *Keith J. Harrison*

Keith J. Harrison
Cari N. Stinebower
Christopher Pinto
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Attorneys for Plaintiffs WEE TIONG HOLDINGS PTE LTD, and WEE TIONG VS SDN BHD

## CERTIFICATE OF SERVICE

I certify that on this 31st day of July, 2017, I caused a true and correct copy of the foregoing Plaintiff's Local Civil Rule 7.1 Certificate, to be delivered by hand to:

Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

Andrew George McCabe, Acting Director
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, DC 20535

The Honorable Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C. 20530

Channing D. Phillips
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

_____
Keith J. Harrison