

## Memorandum

| | |
|---|---|
| To: | Sean Farrell |
| From: | Cari N. Stinebower and Keith J. Harrison |
| Date: | July 25, 2017 |
| Re: | FBI *de facto* SDN Designation of Wee Tiong |

### Introduction

This memorandum is prepared for the purpose of providing the Federal Bureau of Investigation ("FBI") with factual and documentary information in an effort to mitigate the damaging impact of a wrongfully and illegally *de facto* designation of Wee Tiong, a Singapore based commodities trading company as a "Specially Designated National" or "SDN." It is important to note that OFAC has indicated in writing that Wee Tiong is neither an SDN, nor under investigation or consideration to be a SDN—and it has said so in writing. OFAC's official position on Wee Tiong is as follows:

> We have internally confirmed that [Wee Tiong] is not currently considered blocked pursuant to OFAC authorities and we have communicated this information to the bank.

> Because there does not appear to be a blockable interest in the transfers you provided, we have no additional updates about these transactions.

*See* Letter from Frank Boudra, OFAC, dated June 14, 2017 (Attached as Exhibit A).

We believe that the FBI and its agents do not have the authority to *de facto* designate Wee Tiong as an SND and put it out of business. We hope that this information is helpful in assisting the FBI in resolving this matter in a way that allows Wee Tiong to continue, despite the damage that has already been done. *We are willing to meet with you and fully cooperate with any inquiry in which the FBI should wish to engage.*

### Factual Background

Wee Tiong Holdings PTE LTD is a corporation organized under the laws of the Singapore, with its principal office and place of business in Singapore. It is a family-run soft commodities trading company based out of Singapore that employs 200 people in Malaysia and Singapore.

# crowell moring

On or about May 30 of this year, Wee Tiong received a notice from one of its banks that transactions were being stopped for OFAC reasons. Wee Tiong, through counsel, immediately began investigating and contacted OFAC. Wee Tiong has received several notices from banks indicating that Wee Tiong is being treated by the international banking community as an SDN. For example:

- May 31, 2017, Wells Fargo FIN 199 (Attached as Exhibit B)—PLEASE BE ADVISED THAT FUNDS HAVE BEEN BLOCKED PURSUANT TO THE U.S. DEPARTMENT OF TREASURY REGULATIONS AND SANCTIONS ON PAYMENT INVOLVING A SANCTIONED ENTITY. SPECIFICALLY, THESE FUNDS WERE BLOCKED DUE TO E013722 NORTH KOREA PROGRAM.

- June 6, 2017, Deutsche MT199—(Attached As Exhibit C)—THIS TRANSACTION IS UNDER REVIEW IN OUR COMPLIANCE DUE TO A REFERENCE WHICH IS SIMILAR TO AN ENTITY RELATED TO SANCTIONS OR DEUTSCHE BANK COMPLIANCE POLICY (Attached as Exhibit C)

Based on information obtained through conversations with the bank and with OFAC, it became apparent that the cause for stopping the transactions was not correspondence from OFAC, but rather a letter from an FBI agent in Arizona sent to a number of financial institutions claiming that a list of entities was affiliated with the government of North Korea. This FBI letter apparently references Wee Tiong as doing business with and/or on behalf of North Korea. That statement is false because Wee Tiong is not doing business on behalf of or as an agent of North Korea.

The reaction of the international banking community to the FBI letter has been swift and devastating to Wee Tiong. Even though neither the FBI nor Agent Doe have legal authority to designate companies as SDNs, given that the letter is from the FBI and is referencing business on behalf of the North Korean government, it has caused financial institutions to stop and in some cases refuse to process Wee Tiong-related transactions. It is our current understanding that many banks, including JPMorgan, have received the agent's letter and are not willing to process funds as a result.

The FBI letter has resulted in the *de facto* designation of Wee Tiong as an SDN, an authority that the FBI does not have as a matter of law. The Office of Foreign Assets Control (OFAC) of the United States Department of the Treasury administers and enforces economic and trade sanctions based on United States foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States. OFAC acts under Presidential national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze assets under United States jurisdiction.

crowellmoring

As part of its enforcement efforts, OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted jurisdictions. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific. Collectively, such individuals and companies are called "Specially Designated Nationals" or "SDNs." Their assets are blocked and U.S. persons, including financial institutions, are generally prohibited from dealing with them – directly or indirectly. OFAC's sanctions programs are strict liability in the sense that no knowledge of a sanctioned party's interest in a transaction is necessary to trigger a violation by a financial institution. As a result, financial institutions maintain sophisticated compliance programs and are risk-adverse when there is the potential for exposure – directly or indirectly – to an SDN.

Of immediate concern is approximately $24 million in funds that are slotted to be processed through JPMorgan as the correspondent bank over the next ten days. It is our understanding that JPMorgan is a recipient of the agent's letter and is not willing to process funds as a result. Wee Tiong is suffering reputational harm now and anticipates that, without an immediate resolution, it will have to shutter its doors and go out of business.

# ATTACHMENT A

**Harrison, Keith**

---

**From:** Frank.Boudra@treasury.gov [mailto:Frank.Boudra@treasury.gov]
**Sent:** Wednesday, June 14, 2017 10:34 AM
**To:** Stinebower, Cari; Alexandre.Manfull@treasury.gov
**Subject:** RE: Wee Tiong docs

Greetings Cari,

We have internally confirmed that your client is not currently considered blocked pursuant to OFAC authorities and we have communicated this information to the bank.

Because there does not appear to be a blockable interest in the transfers you provided, we have no additional updates about these transactions.

Kind regards,

Frank

**From:** Stinebower, Cari [mailto:CStinebower@crowell.com]
**Sent:** Wednesday, June 14, 2017 10:10 AM
**To:** Boudra, Frank <Frank.Boudra@treasury.gov>; Manfull, Alexandre <Alexandre.Manfull@treasury.gov>
**Subject:** RE: Wee Tiong docs

Hi Frank –
Can you please call me to give me a status?  Things are really dire for the company at this stage.  I also am happy to talk with the FBI agent – I don't know who he is or what his division is though.
Please call me –
thanks

Cari N. Stinebower
cstinebower@crowell.com
Direct 1.202.624.2757 | Mobile: 1.703.229.2023

**Crowell & Moring LLP** | https://hyperlink.services.treasury.gov/agency.do?origin=www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

**From:** Stinebower, Cari
**Sent:** Tuesday, June 13, 2017 2:58 PM
**To:** frank.boudra@treasury.gov
**Subject:** Wee Tiong docs

Thanks, Frank –
Attached is what I sent over to Alex.
Best
Cari

Cari N. Stinebower
cstinebower@crowell.com
Direct 1.202.624.2757 | Mobile: 1.703.229.2023

**Crowell & Moring LLP** | https://hyperlink.services.treasury.gov/agency.do?origin=www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

# ATTACHMENT B

```
-------------------- Instance Type and Transmission ----------------
Copy received from SWIFT
Priority            :  Normal
Message Output Reference    : 0147 170531VTCBVNVXAXXX2732914205
Correspondent Input Reference : 1447 170530PNBPUS3NANYC8679806656
--------------------------- Message Header -------------------------
Swift Output  : FIN 199 Free Format Message
Sender   : PNBPUS3NNYC
           WELLS FARGO BANK, N.A. (NEW YORK INTERNATIONAL BRANCH)
           NEW YORK,NY US
Receiver : VTCBVNVXXXX
           VIETNAM TECHNOLOGICAL AND COMMERCIAL JOINT STOCK B
           HANOI VN
--------------------------- Message Text ---------------------------
 20: Related Reference
     WACNY1714222285
 21: Related Reference
     7142477079346QNH
 79: Narrative
     NARRATIVE
     REGARDING YOUR PAYMENT ORDER DATED 5/22/2017
     UNDER YOUR TRN REFERENCE 7142477079346QNH
     FOR USD650,000.00 B/O VIETNAM TECHNOLOGICAL AND
     COMM. JSB (FAVOR OF WEE TIONG (S) PTE LTD
     PLEASE BE ADVISED THAT FUNDS HAVE BEEN BLOCKED
     PURSUANT TO THE U.S. DEPARTMENT OF TREASURY
     REGULATIONS AND SANCTIONS ON PAYMENTS INVOLVING
     A SANCTIONED ENTITY
     SPECIFICALLY, THESE FUNDS WERE BLOCKED DUE TO
     EO13722 NORTH KOREA PROGRAM
     IF YOU WISH TO HAVE FUNDS RETURNED, A LICENCE
     WILL HAVE TO BE OBTAINED FROM THE U.S.
     TREASURY DEPARTMENT. ATTN LICENSING DEPARTMENT
     OFFICE OF FOREIGN ASSETS CONTROL DEPT. OF TREASURY
     1500 PENNSYLVANIA AVENUE 2131 ANNEX
     WASHINGTON, D.C. PHONE (202)622-2500
     FAX (202)622-1657. IF YOU REQUIRE FURTHER DETAILS
     OR NEED ASSISTANCE PLEASE CONTACT US.
     REGARDS,
     OUSMANE DIEME, CUSTOMER CARE
--------------------------- Message Trailer -------------------------
{MAC:00000000}{CHK:08E73E269B33}
```

# ATTACHMENT C

```
1:01
M: S999              Free Format Message          WHITE COPY page
                                                  Print Date   2017/07/07 16:59
Receive Date   1/0/06   Receive Time : 2254   MOR   9802846232   ** is swift **
MSGACK   Authentication successful with primary key
Basic Header          F 01 HVBKKASEXXX 0802 846232
Application Header     O 999 0954 170706 BKTRUS33XXX 2703 214502 170706 2254 N
                         •DEUTSCHE BANK TRUST COMPANY AMERICAS
                         •NEW YORK NY
User Header            Bank Priority   113:
                       MUR User Ref     108: 170706 144 044600)
DBN                    •20   : 170706 610952
Related Reference      21   : FCT3507605157
Narrative              •79   :
          WE REFER TO YOUR 103 DATED 07/05/17 REFERENCE
          FCT3507605157 FOR USD 112/000 00 VALUE 07/05/17

          THIS TRANSACTION IS UNDER REVIEW BY OUR COMPLIANCE
          DUE TO A REFERENCE WHICH IS SIMILAR TO AN ENTITY
          RELATED TO SANCTIONS OR DEUTSCHE BANK COMPLIANCE
          POLICY

          WE WILL DEBIT YOUR ACCOUNT AND PLACE FUNDS INTO A
          SUSPENSE ACCOUNT AT DEUTSCHE BANK TRUST COMPANY
          WE CANNOT TAKE ANY ACTION REGARDING PAYMENT FEES
          DUE TO POSSIBLE SANCTIONS ISSUE, UNTIL REVIEWED BY
          OUR COMPLIANCE DEPARTMENT

          PLEASE QUOTE OUR REFERENCE NUMBER, 170705 610952
          IN ALL FUTURE CORRESPONDENCE RELATING TO THIS
          CASE

          REGARDS, REGULATORY INVESTIGATIONS
(5 (DHK 28F55 (089 94))
```