UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEE TIONG (S) PTE LTD.,<br>64D Kallang Pudding Road<br>Wee Tiong Building #02-00<br>Singapore 349323<br><br>And<br><br>WEE TIONG VS SDN BHD.<br>20 Jalan Dataran Marvelane<br>Klang, Selangor Darhul Ehsan 41050<br>Malaysia<br>               Plaintiffs,<br><br>        v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Ave., N.W.<br>Washington, DC 20535<br><br>And<br><br>ANDREW GEORGE MCCABE<br>Acting Director, Federal Bureau of<br>Investigations, in his official capacity<br><br>And<br><br>UNKNOWN FBI AGENT JOHN DOE<br>An unidentified Agent believed to be located<br>in Arizona.<br>               Defendants. | Civil Action No. _____ |

**SUPPLEMENTAL DECLARATION OF WEE BENG TAN REGARDING PLAINTIFFS'**
**FINANCIAL SITUATION**

    1.    My name is Wee Beng Tan. I am over the age of twenty-one (21) years, am of sound mind, have never been convicted of a felony, and am fully competent and able to testify to

1



the matters set forth herein. The information contained herein is based upon my personal knowledge, which is true and correct.

2. I am a citizen of Singapore and one of the owners and shareholders and a director of Wee Tiong (S) Pte Ltd. ("WTSP" or "the commodity trading company"). I also am a minority shareholder in Wee Tiong VS Sdn Bhd ("WTVS" or "the ship refueling company"), a corporation founded in 2016 and organized under the laws of Malaysia, with its principal offices in Selangor. I am personally familiar with the financial situations of both WTSP and WTVS.

3. WTSP, the commodity trading company, is in imminent danger of bankruptcy. Attached, as Exhibit A, is a true and accurate spreadsheet reflecting the expected payments and receivables for WTSP in the coming month. Attached, as Exhibit B, is a true and accurate bank statement reflecting WTSP's currently available cash reserves. As demonstrated in Exhibit A, WTSP owes suppliers more than $44.539 million in the coming 30 days. WTSP only has $19.493 million available to meet those obligations. Due to WTSP's *de facto* designation as an agent of North Korea by the defendants, U.S. financial institutions are blocking or rejecting WTSP's payments. Without receipt of the more than $42.901 million that WTSP is owed from customers in the coming days, WTSP will be unable to meet its financial obligations and will be forced to declare bankruptcy in the next two weeks.

4. The same applies for WTVS, the ship refueling company. Attached, as Exhibit C, is a true and accurate spreadsheet reflecting expected payments and receivables for WTVS in August. Attached, as Exhibit D, is a true and accurate bank statement reflecting WTVS's currently available cash. WTVS owes its suppliers $7.617 million between today and August 15, 2017 and has only $86,782 U.S. dollars and 25,874.70 (approximately $19,053.82 U.S. dollars) Singapore dollars available to meet those obligations. Due to WTVS's *de facto* designation as an

agent of North Korea by the defendants, U.S. financial institutions are blocking or rejecting WTVS's payments. Without receipt of the more than $6.233 million that WTVS is owed from customers in the coming days, WTVS will be unable to meet its financial obligations and will be forced to declare bankruptcy in the next two weeks.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on August 1, 2017.

_____
WEE BENG TAN