# Exhibit A

## Wee Tiong (S) Pte Ltd (Commodities) Cashflow Summary

| No | Remitting Party | Receiving Party | Transaction Due Date | Amounts Payable |
|---|---|---|---|---|
| 1a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 18/07/2017 | $ 25,750.00 |
| 1b | Kit Hin Company Sdn Bhd | Wee Tiong (S) Pte Ltd | 21/07/2017 | |
| 2 | Lisun Importacao E Exportacao LDA | Wee Tiong (S) Pte Ltd | 27/06/2017 | |
| 4a | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 17/07/2017 | |
| 4b | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 07/07/2017 | $ 553,075.00 |
| 5a | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 24/07/2017 | |
| 5b | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 14/07/2017 | $ 264,347.50 |
| 6a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 19/07/2017 | $ 3,318,000.00 |
| 6b | Everwell Pte Ltd | Wee Tiong (S) Pte Ltd | 19/07/2017 | |
| 7a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 24/07/2017 | $ 3,027,172.00 |
| 7b | Sakae Capital Pte Ltd | Wee Tiong (S) Pte Ltd | 27/07/2017 | |
| 8a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 24/07/2017 | $ 2,266,724.40 |
| 8b | Chia Kim Lee Food Industries Pte Ltd | Wee Tiong (S) Pte Ltd | 27/07/2017 | |
| 9a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 20/07/2017 | $ 344,655.00 |
| 9b | Chia Kim Lee Food Industries Pte Ltd | Wee Tiong (S) Pte Ltd | 24/07/2017 | |
| 10a | Yuantai Fuel Trading Pte Ltd | Wee Tiong (S) Pte Ltd | 03/08/2017 | |
| 10b | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 05/08/2017 | $ 3,369,885.00 |
| 11a | Yuantai Fuel Trading Pte Ltd | Wee Tiong (S) Pte Ltd | 10/08/2017 | |
| 11b | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 12/08/2017 | $ 2,446,380.00 |
| 12 | Happy Market Corpoaration Unipessoal LDa | Wee Tiong (S) Pte Ltd | 13/07/2017 | |
| 13a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 01/08/2017 | $ 2,897,393.72 |
| 13b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 01/08/2017 | |
| 14a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 01/08/2017 | $ 2,876,729.59 |
| 14b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 01/08/2017 | |
| 15a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 01/08/2017 | $ 1,984,516.25 |
| 15b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 01/08/2017 | |
| 16a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 09/08/2017 | $ 9,269,250.00 |
| 16b | Enerfo Pte Ltd | Wee Tiong (S) Pte Ltd | 06/08/2017 | |
| 17a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 21/07/2017 | $ 2,778,447.75 |
| 17b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 27/07/2017 | |
| 18a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 21/07/2017 | $ 553,185.00 |
| 18b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 27/07/2017 | |
| 19a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 01/08/2017 | $ 2,344,588.12 |
| 19b | Sakae Capital Pte Ltd | Wee Tiong (S) Pte Ltd | 03/08/2017 | |
| 20a | Wee Tiong (S) Pte Ltd | Sugar Industry Trading Co. Ltd | 23/07/2017 | $ 619,692.50 |
| 20b | Bunge Agritrade S.A | Wee Tiong (S) Pte Ltd | 01/08/2017 | |
| 21a | Wee Tiong (S) Pte Ltd | Bunge Agritrade S.A | 19/07/2017 | $ 211,000.00 |
| 21b | Everwell Pte Ltd | Wee Tiong (S) Pte Ltd | 26/07/2017 | |

| 22 | Wee Tiong (S) Pte Ltd | UOB Bank Singapore | 10/08/2017 | $ | 1,259,452.74 |
|----|------------------------|---------------------|------------|---|--------------|
| 23 | Wee Tiong (S) Pte Ltd | UOB Bank Singapore | 10/08/2017 | $ | 1,384,185.34 |
| 24 | Wee Tiong VS Sdn Bhd | Wee Tiong (S) Pte Ltd | 12/08/2017 | | |
| 25 | Wee Tiong (S) Pte Ltd | UOB Bank Singapore | 17/08/2017 | $ | 1,353,388.03 |
| 26 | Wee Tiong VS Sdn Bhd | Wee Tiong (S) Pte Ltd | 14/08/2017 | | |
| 27 | Wee Tiong (S) Pte Ltd | UOB Bank Singapore | 20/08/2017 | $ | 1,391,200.00 |
| | | | | $ | 44,539,017.94 |

**Total Blocked Transactions**                                    **$87,439,899.78**

| Amounts Receivable | Status (blocked, rejected, anticipated) |
|---:|---|
| | Rejected- attempted to work around designation |
| $ 27,828.82 | Rejected- attempted to work around designation |
| $ 285,000.00 | Rejected- worked round designation. |
| $ 585,575.00 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 280,597.50 | Rejected- no solution. |
| | Rejected- no solution. |
| | Rejected- no solution. |
| $ 3,033,496.80 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 2,818,530.00 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 2,276,764.40 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 346,100.00 | Rejected- no solution. |
| $ 3,037,500.00 | Pending- anticipated rejection under status quo. |
| | Rejected- no solution. |
| $ 2,327,292.00 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 13,089.77 | Pending- anticipated rejection under status quo. |
| | Pending- anticipated rejection under status quo. |
| $ 3,134,347.16 | Pending- anticipated rejection under status quo. |
| | Pending- anticipated rejection under status quo. |
| $ 3,151,086.21 | Pending- anticipated rejection under status quo. |
| | Pending- anticipated rejection under status quo. |
| $ 2,146,813.12 | Pending- anticipated rejection under status quo. |
| | Pending- anticipated rejection under status quo. |
| $ 9,778,750.00 | Pending- anticipated rejection under status quo. |
| | Rejected- no solution. |
| $ 3,005,663.38 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 585,685.00 | Rejected- no solution. |
| | Pending- anticipated rejection under status quo. |
| $ 2,403,718.50 | Pending- anticipated rejection under status quo. |
| | Rejected- no solution. |
| $ 686,225.40 | Rejected- no solution. |
| | Rejected- no solution. |
| $ 214,284.50 | Rejected- no solution. |

| | | |
|---|---:|---|
| | | Pending- anticipated rejection under status quo. |
| | | Pending- anticipated rejection under status quo. |
| $ | 1,362,786.56 | Pending- anticipated rejection under status quo. |
| | | Pending- anticipated rejection under status quo. |
| $ | 1,399,747.72 | Pending- anticipated rejection under status quo. |
| | | Pending- anticipated rejection under status quo. |

$      42,900,881.84