# Exhibit B



## List of Current/Savings Accounts

| Account | Ccy | Ledger Balance | Available Balance | Equivalent Available Balance |
|---|---|---|---|---|
| 4519038204 Global Current Account - CORPORATE<br>WEE TIONG (S) PTE LTD | USD | 10,102.53 | 10,102.53 | 10,102.53 |
| 4519038174 Global Current Account - CORPORATE<br>WEE TIONG (S) PTE LTD | USD | 3,823,196.41 | 2,839,196.41 | 2,839,196.41 |
| 4513040118 Current Account - Corporate<br>WEE TIONG (S) PTE LTD | SGD | 2,976,289.24 | 2,976,289.24 | 2,175,650.02 |
| 1019074051 Global Current Account - CORPORATE<br>WEE TIONG (S) PTE LTD | USD | 11,807,238.29 | 12,807,126.88 | 12,807,126.88 |
| 1013516273 Current Account - Corporate<br>WEE TIONG (S) PTE LTD | SGD | 2,081,095.13 | 2,272,939.91 | 1,661,505.78 |
| Total for All Current/Savings Accounts in USD for Company: 199308567K | | | | 19,493,581.62 |

## List of External Accounts

No Records Found

## List of Fixed/Structured Deposits & Structured Investment Accounts

| Account | Account Type | Product Type | Deposit Ccy | Amount | Equivalent Amount |
|---|---|---|---|---|---|

No Records Found

Deposit Insurance Scheme
Singapore dollar deposits of non-bank depositors and monies and deposits denominated in Singapore dollars under the Supplementary Retirement Scheme are insured by the Singapore Deposit Insurance Corporation, for up to S$50,000 in aggregate per depositor per Scheme member by law. Foreign currency deposits, dual currency investments, structured deposits and other investment products are not insured.