# Exhibit C

## Wee Tiong VS Sdn Bhd. (Bu

| S/N | Transaction Date | Remitting Party |
|---|---|---|
| 1 | 8/1/2017 | World Fuel Services Corporation |
| 2 | 8/2/2017 | Peninsula Petroleum |
| 3 | 8/2/2017 | Wee Tiong VS Sdn Bhd |
| 4 | 8/3/2017 | Wee Tiong VS Sdn Bhd |
| 5 | 8/3/2017 | Wee Tiong VS Sdn Bhd |
| 6 | 8/4/2017 | World Fuel Services Corporation |
| 7 | 8/4/2017 | World Fuel Services Corporation |
| 8 | 8/4/2017 | World Fuel Services Corporation |
| 9 | 8/4/2017 | World Fuel Services Corporation |
| 10 | 8/7/2017 | Wee Tiong VS Sdn Bhd |
| 11 | 8/7/2017 | Wee Tiong VS Sdn Bhd |
| 12 | 8/7/2017 | Wee Tiong VS Sdn Bhd |
| 13 | 8/7/2017 | Peninsula Petroleum |
| 14 | 8/7/2017 | World Fuel Services Corporation |
| 15 | 8/7/2017 | World Fuel Services Corporation |
| 16 | 8/8/2017 | World Fuel Services Corporation |
| 17 | 8/8/2017 | Peninsula Petroleum |
| 18 | 8/8/2017 | Peninsula Petroleum |
| 19 | 8/9/2017 | World Fuel Services Corporation |
| 20 | 8/9/2017 | Peninsula Petroleum |
| 21 | 8/10/2017 | Wee Tiong VS Sdn Bhd |
| 22 | 8/11/2017 | Wee Tiong VS Sdn Bhd |
| 23 | 8/11/2017 | World Fuel Services Corporation |
| 24 | 8/11/2017 | World Fuel Services Corporation |
| 25 | 8/11/2017 | World Fuel Services Corporation |
| 26 | 8/14/2017 | Wee Tiong VS Sdn Bhd |
| 27 | 8/14/2017 | Peninsula Petroleum |
| 28 | 8/14/2017 | Peninsula Petroleum |
| 29 | 8/14/2017 | Peninsula Petroleum |
| 30 | 8/15/2017 | Wee Tiong VS Sdn Bhd |
| 31 | 8/15/2017 | World Fuel Services Corporation |
| 32 | 8/15/2017 | World Fuel Services Corporation |

**Total U**

## unker and Ship Refueling Services)  Cashflow Summary

| Receiving Party | Amounts Payable | Amount Receivable |
|---|---|---|
| Wee Tiong VS Sdn Bhd | | $ 70,007.94 |
| Wee Tiong VS Sdn Bhd | | $ 253,257.15 |
| Chimbusco Pan Nation Petro-Chemical Co. Ltd | $ 1,315,496.09 | |
| I&C International Pte Ltd | $ 593,389.53 | |
| I&C International Pte Ltd | $ 458,400.00 | |
| Wee Tiong VS Sdn Bhd | | $ 178,814.72 |
| Wee Tiong VS Sdn Bhd | | $ 84,088.21 |
| Wee Tiong VS Sdn Bhd | | $ 64,340.22 |
| Wee Tiong VS Sdn Bhd | | $ 90,350.30 |
| I&C International Pte Ltd | $ 1,346,506.72 | |
| Chimbusco Pan Nation Petro-Chemical Co. Ltd | $ 770,153.72 | |
| Chimbusco Pan Nation Petro-Chemical Co. Ltd | $ 440,955.02 | |
| Wee Tiong VS Sdn Bhd | | $ 116,016.46 |
| Wee Tiong VS Sdn Bhd | | $ 40,690.78 |
| Wee Tiong VS Sdn Bhd | | $ 53,387.55 |
| Wee Tiong VS Sdn Bhd | | $ 273,126.87 |
| Wee Tiong VS Sdn Bhd | | $ 200,428.80 |
| Wee Tiong VS Sdn Bhd | | $ 441,393.68 |
| Wee Tiong VS Sdn Bhd | | $ 83,471.10 |
| Wee Tiong VS Sdn Bhd | | $ 168,243.26 |
| I&C International Pte Ltd | $ 1,347,474.35 | |
| Chimbusco Pan Nation Petro-Chemical Co. Ltd | $ 1,344,204.35 | |
| Wee Tiong VS Sdn Bhd | | $ 43,341.66 |
| Wee Tiong VS Sdn Bhd | | $ 68,846.45 |
| Wee Tiong VS Sdn Bhd | | $ 100,597.06 |
| Wee Tiong (S) Pte Ltd | | $ 1,362,786.56 |
| Wee Tiong VS Sdn Bhd | | $ 108,574.40 |
| Wee Tiong VS Sdn Bhd | | $ 404,242.65 |
| Wee Tiong VS Sdn Bhd | | $ 197,273.41 |
| Wee Tiong (S) Pte Ltd | | $ 1,399,747.72 |
| Wee Tiong VS Sdn Bhd | | $ 78,380.60 |
| Wee Tiong VS Sdn Bhd | | $ 85,180.96 |
| | $ 7,616,579.78 | $ 5,966,588.51 |

pcoming  Transactions                    $13,583,168.29

| Status |
| --- |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
| Pending- Anticipated Rejection |
|  |
|  |
|  |
|  |
|  |
|  |
|  |