# Exhibit D

# WEE TIONG VS SDN. BHD.   User Name : cindy sin
# Foreign Currency Call Account Summary

01 Aug 2017 12:52 PM Malaysia Time

Select Company          WEE TIONG VS SDN. BHD. ▼

**Foreign Currency Call Account**

| Account Number | Currency | Account Balance | Action |
|---|---|---|---|
| 1269016928 | USD | 86,782.55 | Please Select ▼ |
| 1269016936 | SGD | 25,874.70 | Please Select ▼ |

[ Print ]